# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA78 | F5265932 | Blakley | 2454 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 06/09/2024; 1459 | 36 CFR 261.10 (f) |

Place of Offense: Los Padres NF, CA Paradise Rd.

Offense Description: Factual Basis for Charge — HAZMAT ☐

Impediment or hazard parked on pavement/road.

### DEFENDANT INFORMATION

Last Name: Nimo
First Name: Gilbert
M.I.: G

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 4T546T2 | CA | — | Chev. Silverado | ☐ | Gray |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100.00   Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT → www.cvb.uscourts.gov
$ 130.00   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: By Mail
Date (mm/dd/yyyy): 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Left on windshield.

Original - CVB Copy

*F5265932*   FS-5300-4 (1/2020)

CVB SCAN 06/25/2024 8:42

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 06/09, 20 24 while exercising my duties as a law enforcement officer in the Central District of California.

See Attached

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/09/2024   [Officer's Signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/25/2024 8:42